AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RYAN J. CRAIG

V.

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 04-472S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF RESPONDENT, UNITED STATES OF AMERICA, AGAINST PETITIONER, RYAN J. CRAIG, PURSUANT TO THIS COURT'S MEMORANDUM AND ORDER ENTERED ON JUNE 5, 2006, DENYING AND DISMISSING PETITIONER'S MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. §2255.**

June 6, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk